## STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS
## (AC 18814)

Lavery, C. J., and Landau and Zarella, Js.

Argued May 10—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* LIONEL REDDING
## (AC 19787)

Lavery, C. J., and Spear and Pellegrino, Js.

Submitted on briefs May 11—officially released May 30, 2000

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* DUANE ZIEMBA
## (AC 19229)

Lavery, C. J., and Landau and Zarella, Js.

Argued May 10—officially released May 30, 2000

Per Curiam. The judgment is affirmed.